IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00088-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

ERNEST SELHIME,

    Applicant,

v.

DIVISION OF PAROLE, ALFREDO PENA, JOHN O'DELL, and
ANGEL MEDINA, Warden, Arrowhead Correctional Center,

    Respondents.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

On January 13, 2016, Applicant, Ernest Selhime, submitted, *pro se*, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __X__ is not submitted
(2) ____ is missing affidavit
(3) __X__ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____ is missing certificate showing current balance in prison account
(5) ____ is missing required financial information
(6) ____ is missing authorization to calculate and disburse filing fee payments

(7) \_\_\_\_  is missing an original signature by the prisoner
(8) \_\_\_\_  is not on proper form
(9) \_\_\_\_  names in caption do not match names in caption of complaint, petition or habeas application
(10) __X__  other: Applicant may pay the $5.00 filing fee instead of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(11) \_\_\_\_  is not submitted
(12) \_\_\_\_  is not on proper form
(13) \_\_\_\_  is missing an original signature by the prisoner
(14) \_\_\_\_  is missing page nos. \_\_\_\_
(15) \_\_\_\_  uses et al. instead of listing all parties in caption
(16) \_\_\_\_  names in caption do not match names in text
(17) \_\_\_\_  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_\_\_  other:

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the proper forms for filing a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Applicant must use a Court-approved form when curing the deficiencies, or pay the $5.00 filing fee. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 19, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge